UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRENCE KEYTON ROLLINS | CIVIL ACTION |
| VERSUS | NUMBER: 19-10879 |
| TIMOTHY JONES, ET AL. | SECTION: "H"(5) |

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff's opposition to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's motion is granted and that Plaintiff's §1983 claim against the New Orleans Police Department is dismissed.

**IT IS FURTHER ORDERED** that the New Orleans Police Department's Second Motion to Dismiss (Doc. 68) is **DENIED AS MOOT**.

New Orleans, Louisiana, this 23rd day of July, 2020.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE