UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRENCE ROLLINS                          CIVIL ACTION

VERSUS                                    NO: 19-10879

TIMOTHY JONES ET AL.                      SECTION "H"

# ORDER

Before the Court is Defendant City of New Orleans's Motion to Dismiss Plaintiff's claims against it for failure to state a claim for municipal liability under *Monell v. Department of Social Services* (Doc. 69). Subsequent to the filing of this motion, Plaintiff twice amended his Complaint to add allegations of a failure to train against the City of New Orleans (Docs. 73, 82). "[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint."[1]

Accordingly;

**IT IS ORDERED** that Defendant's Motion to Dismiss is **DENIED AS MOOT WITHOUT PREJUDICE**.

New Orleans, Louisiana this 30th day of September, 2020.

---

[1] Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016).

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE